Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

ANJANI KUMAR JHA )
) Case No: 5:16-cv-07270
)
Plaintiff(s), )
) **APPLICATION FOR**
v. ) **ADMISSION OF ATTORNEY**
) **PRO HAC VICE**
BROCADE COMMUNICATIONS ) (CIVIL LOCAL RULE 11-3)
SYSTEMS, INC. et al. )
)
Defendant(s). )

I, Gideon A. Schor, an active member in good standing of the bar of U.S.D.C. for the S.D.N.Y, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Brocade Communications Sys., Inc. et al. in the above-entitled action. My local co-counsel in this case is Boris Feldman, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1301 Avenue of the Americas, 40th Floor<br>New York, New York 10019-6022 | 650 Page Mill Road<br>Palo Alto, CA 94304-1050 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 999-5800 | (650) 493-9300 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| gschor@wsgr.com | boris.feldman@wsgr.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: GS5932.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 12/21/16                                         Gideon A. Schor
                                                              APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Gideon A. Schor is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 12/27/2016                              /s/ Haywood S. Gilliam Jr.
                                         UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>     **GIDEON ALEXANDER SCHOR**     </u>, Bar # <u>     **GS5932**     </u>

was duly admitted to practice in this Court on

<u>     **MAY 5th, 1990**     </u>, and is in good standing as a member of the Bar of this Court.

500 Pearl Street
Dated at <u>New York, New York</u>     on     <u>**DECEMBER 20th, 2016**</u>

<u>     Ruby J. Krajick     </u>     by <u>  Wayne Bowne  </u>
Clerk                                    Deputy Clerk