BORIS FELDMAN, State Bar No. 128838
GIDEON A. SCHOR, State Bar of New York
(admitted *pro hac vice*)
AARON J. BENJAMIN, State Bar No. 301796
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone: (650) 493-9300
Facsimile:  (650) 493-6811
boris.feldman@wsgr.com
gschor@wsgr.com
abenjamin@wsgr.com

Attorneys for Defendants Brocade
Communications Systems, Inc., Lloyd A.
Carney, David L. House, Judy Bruner,
Renato A. DiPentima, Alan L. Earhart,
John W. Gerdelman, Kim C. Goodman,
L. William Krause, David E. Roberson,
and Sanjay Vaswani

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANJANI KUMAR JHA, On Behalf of Himself and All Others Similarly Situated,<br><br>     Plaintiff,<br><br>     v.<br><br>BROCADE COMMUNICATIONS SYSTEMS, INC., LLOYD A. CARNEY, DAVID L. HOUSE, JUDY BRUNER, RENATO A. DIPENTIMA, ALAN L. EARHART, JOHN W. GERDELMAN, KIM C. GOODMAN, L. WILLIAM KRAUSE, DAVID E. ROBERSON, SANJAY VASWANI,<br><br>     Defendants. | CASE NO.:  3:16-cv-07270-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>Before: Honorable Edward Milton Chen<br>Complaint Filed: December 21, 2016 |

STIP. & [PROPOSED] ORDER EXTENDING TIME TO
RESPOND
CASE NO. 3:16-CV-07270-EMC

1     WHEREAS, Plaintiff Anjani Kumar Jha ("Plaintiff") filed his Complaint for Violations of the Federal Securities Laws on December 21, 2016 ("Complaint");

3     WHEREAS, Defendants waived service of the Complaint, and their responses to the Complaint are currently due February 21, 2017;

5     WHEREAS, the Court has ordered this case related to four other cases currently pending in the Northern District of California, entitled *Steinberg v. Brocade Communications Systems, Inc., et al.*, Case No. 3:16-cv-07081-EMC, *Gross v. Brocade Communications Systems, Inc., et al.*, Case No. 3:16-cv-07173-EMC, *Bragan v. Brocade Communications Systems, Inc., et al.*, Case No. 3:16-cv-07271-EMC, and *Chuakay v. Brocade Communications Systems, Inc*, et al., Case No. 3:17-cv-00058-EMC;

11    WHEREAS, counsel for Plaintiff and counsel for Defendants have stipulated that Defendants need not answer the Complaint by February 21, 2017, and shall meet and confer on a schedule after consolidation of this case and the above-referenced cases and after the filing of a consolidated amended complaint or the designation of an operative complaint;

15    NOW, THEREFORE, the parties, by and through their respective counsel, stipulate and agree as follows:

17    1.     Defendants shall not be required to, and shall not waive any rights, arguments, or defenses by waiting to, answer, move, or otherwise respond to the Complaint in this action;

19    2.     Defendants and Plaintiff shall meet and confer on a schedule after consolidation and the filing of a consolidated amended complaint;

21    3.     Nothing in this Stipulation shall be construed as a waiver of any of Defendants' rights or positions in law or in equity, or as a waiver of any defenses that Defendants would otherwise have, including, without limitation, jurisdictional defenses.

24    IT IS SO STIPULATED.

Dated: February 6, 2017                          WILSON SONSINI GOODRICH & ROSATI
                                                 Professional Corporation
                                                 BORIS FELDMAN

                                                 By: /s/ Boris Feldman
                                                     Boris Feldman

|   |   |   |
|---|---|---|
| 1 |  | 650 Page Mill Road |
| 2 |  | Palo Alto, CA 94304 |
|   |  | Telephone: (650) 493-9300 |
|   |  | Facsimile: (650) 493-6811 |
| 3 |  | boris.feldman@wsgr.com |
| 4 |  | Attorneys for Defendants Brocade |
|   |  | Communications Systems, Inc., Lloyd A. |
| 5 |  | Carney, David L. House, Judy Bruner, Renato |
|   |  | A. DiPentima, Alan L. Earhart, John W. |
| 6 |  | Gerdelman, Kim C. Goodman, L. William |
|   |  | Krause, David E. Roberson, and Sanjay |
| 7 |  | Vaswani |

Dated: February 6, 2017           WEISSLAW LLP
                                  JOEL E. ELKINS

                                  By: /s/ Joel E. Elkins
                                       Joel E. Elkins

                                  9107 Wilshire Blvd., Suite 450
                                  Beverly Hills, CA 90210
                                  Telephone: 310-208-2800
                                  Facsimile: 310-209-2348
                                  jelkins@weisslawllp.com

                                  Attorneys for Plaintiff

Dated: February 6, 2017           BRODSKY & SMITH, LLC
                                  EVAN J. SMITH

                                  By: /s/ Evan J. Smith
                                       Evan J. Smith

                                  Two Bala Plaza
                                  Suite 602
                                  Bala Cynwyd, PA 19004
                                  Telephone: 610-667-6200
                                  Facsimile: 610-667-9029
                                  Email: esmith@brodsky-smith.com

                                  Attorneys for Plaintiff

Dated: February 6, 2017           FINKELSTEIN THOMPSON LLP
                                  ROSEMARY M. RIVAS

                                  By: /s/ Rosemary M. Rivas
                                       Rosemary M. Rivas

                                  One California Street, Suite 900
                                  San Francisco, CA 94111
                                  Telephone: 415-398-8700
                                  Facsimile: 415-398-8704
                                  Email: rrivas@finkelsteinthompson.com

STIP. & [PROPOSED] ORDER EXTENDING TIME TO RESPOND               3
CASE NO. 3:16-CV-07270-EMC

# [PROPOSED] ORDER

**GOOD CAUSE HAVING BEEN SHOWN**, it is hereby ordered that:

1. Defendants will not be required to, and shall not waive any rights, arguments, or defenses by waiting to, answer, move, or otherwise respond to the Complaint in this action;

2. Defendants and Plaintiff shall meet and confer on a schedule after consolidation and the filing of a consolidated amended complaint;

3. Nothing in this Stipulation shall be construed as a waiver of any of Defendants' rights or positions in law or in equity, or as a waiver of any defenses that Defendants would otherwise have, including, without limitation, jurisdictional defenses.

**IT IS SO ORDERED.**

DATED: _____2/9/2017_____                   _____
                                                    HONORABLE EDWARD M. CHEN
                                                    UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*

## ATTESTATION

I, Boris Feldman, am the ECF user whose ID and password are being used to file this **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Joel E. Elkins, Rosemary M. Rivas and Evan J. Smith have concurred in this filing.

Dated: February 6, 2017                    WILSON SONSINI GOODRICH & ROSATI
                                           Professional Corporation

                                           By: /s/ Boris Feldman_____
                                               Boris Feldman